# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JAYVON FLEMMING,
    Plaintiff

CASE NO. 20-CV-634-JDP

V

MCKENIN HAUCK,
THEODORE ANDERSON,
    Defendants,

## NOTICE OF APPEAL

Notice is hereby Given That Jayvon Flemming Plaintiff in The above Case, Case NO. 20-CV-634-JdP, hereby appeal to the United States Court Of Appeals for the Seventh Circuit from The final Judgement from an Order Summary Judgement the Defendants MCKENIN HAUCK and THEODORE Anderson filed. The Motion for Summary Judgement was Granted and The case. 20-CV-634-JdP was Dismissed Entered In This Action on The 7th day Of January, 2022.

Dated January 24, 2022

Respectfully Submitted

*[signature]*

Sign: 01.24.2022

CC: File

Jaywan R Flemming #556607
Wisconsin Resource Center
P.O. Box 220
Winnebago WI 54985